# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KOCH ENERGY SERVICES, LLC**, | § § § | |
| *Plaintiff/Counter-Defendant*, | § § | |
| v. | § § | Case No. 5:22-CV-00032-XR |
| **GREY FOREST UTILITIES**, | § § § | |
| *Defendant/Counter-Plaintiff.* | § § | |

## PLAINTIFF KOCH ENERGY SERVICES, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Koch Energy Services, LLC hereby discloses the following:

Koch Energy Services, LLC, is not a publicly traded company, and none of its members are publicly traded. The ultimate parent company of Koch Energy is Koch Industries, Inc., which is not publicly traded.

Dated: May 4, 2022

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ David T. McDowell*
    David T. McDowell
    State Bar No. 00791222
    William B. Thomas
    State Bar No. 24083965

001 Fannin, Suite 2700
Houston, Texas 77002
Telephone:  713-337-5580
Facsimile:  713-337-8850
Email:  David.McDowell@mhllp.com
        William.Thomas@mhllp.com

**ATTORNEYS FOR KOCH ENERGY SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2022, a true and correct copy of the foregoing was duly served on all counsel of record via the CM/ECF system.

*/s/ David T. McDowell*
David T. McDowell
