IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KOCH ENERGY SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 5:22-cv-00032 |
| | § | |
| GREY FOREST UTILITIES, | § | |
| | § | |
| Defendant. | § | |

**JOINT ADVISORY TO THE COURT**

Koch Energy Services, LLC ("Koch") and Grey Forest Utilities ("GFU") file this Joint Advisory to inform the Court that the parties are extremely close to entering into a binding settlement agreement. As this is being filed, drafts of a settlement agreement and release have been exchanged by the parties, and there appear to be only a few points to resolve. It is the parties' belief that a binding settlement agreement should be reached within the next seven (7) days if not sooner.

Koch has a deadline to file an answer today, but because of the impending settlement GFU has agreed not to oppose a motion for a further extension of Koch's deadline in the unlikely event that the parties' settlement negotiations do not end successfully.

Respectfully submitted,

ZABEL FREEMEAN

/s/ *Thomas A. Zabel*
Thomas A. Zabel, SBN 22235500
tzabel@zflawfirm.com
Griffin C. Rice, SBN 24116961
grice@zflawfirm.com
1135 Heights Blvd.
Houston, Texas 77008
(713) 802-9117
(713) 802-9114 (Fax)

–2–

-and-

/s/ *Daniel W. Lanfear*
Daniel W. Lanfear
State Bar No. 00784443
The Lanfear Law Firm, P.C.
4040 Broadway, Suite 510
San Antonio, TX  78209
Telephone:  210-824-9230
Facsimile:  210-824-7911
Dan@lanfearlaw.net

*Attorneys for Defendant/Counter-Plaintiff Grey Forest Utilities*

-and-

/s/ *David T. McDowell*
David T. McDowell
David.McDowell@mhllp.com
State Bar No. 00791222
William B. Thomas
William.Thomas@mhllp.com
State Bar No. 24083965
MCDOWELL HETHERINGTON LLP
First City Tower
1001 Fannin, Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850

*Attorneys for Koch Energy Services, LLC*